STATE OF NEW JERSEY v. JOSEPH A. STOLLAR, JR.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD CHAPMAN.

June 20, 1983.

Petition for certification granted.   (See 189 *N.J.Super.* 379)

PETER COSTALES v. WEIDER HEALTH & FITNESS.

June 20, 1983.

Petition for certification denied.

VALERIE A. RUHROLD v. CONTINENTAL
INSURANCE COMPANIES.

June 20, 1983.

Petition for certification denied.